UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY
CENTRAL DIVISION
AT FRANKFORT
CIVIL ACTION NO. _____

Removed from Trimble Circuit Court
Civil Action No. 22-CI-00052

GARY DAVIS                                                                                                           PLAINTIFF

v.

QOHVACS, LLC; AND
DAVID FISHER, ET AL.                                                                                         DEFENDANTS

## NOTICE OF REMOVAL

Defendants David Fisher and QOHVACS, LLC, for their Notice of Removal of this action from the Trimble County Circuit Court to the United States District Court for the Eastern District of Kentucky, Central Division, at Frankfort state:

1.  On or about June 24, 2022, Plaintiff Gary Davis filed a Complaint in Trimble Circuit Court, Civil Action No. 22-CI-00052 against David Fisher, QOHVACS, LLC and Allstate Insurance Company. The Summons and Complaint were received by QOHVACS, LLC agent for service of process on or about July 5, 2022, and by Defendant Fisher on or about July 21, 2022. Copies of all process, pleadings and orders served on QOHVACS, LLC are attached hereto as Exhibit 1 in accordance with 28 U.S.C. § 1446(a).

2.  Plaintiff is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 22-CI-00052 a citizen of the Commonwealth of Kentucky.

3. Defendant David Fisher is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 22-CI-00052, a citizen of Indiana.

4. Defendant QOHVACS, LLC is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 22-CI-00052, a limited liability company organized under the laws of Indiana. QOHVACS, LLC's only members, Daniel Jones and Shelley Jones, are and were at all times relevant hereto citizens of Indiana.

5. Allstate Insurance Company is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 22-CI-00052, an Illinois corporation with its principal place of business in Illinois.

6. This Court has original jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332(a)(1), and is an action that these Defendants (collectively "Defendants") may remove to this Court pursuant to 28 U.S.C. § 1441(a), being an action between citizens of different states with the amount in controversy threshold met.

7. The amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs. Plaintiff alleges that Defendants David Fisher and QOHVACS, LLC are liable to him for injuries he allegedly incurred in a motor vehicle accident. Plaintiff sued Allstate Insurance Company, his own insurer, for underinsured motorist (UIM) coverage. Defendants' have an insurance policy which provides $1 million in liability coverage for this accident. Therefore, to reach his UIM coverage, Plaintiff would necessarily be seeking damages in excess of Defendants underlying $1 million in liability coverage. Therefore, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8. This Notice of Removal is filed within thirty (30) days of service of process on these Defendants.

9. Counsel for these Defendants has contacted counsel for the remaining Defendant, Allstate Insurance Company, who has authorized the undersigned to advise the Court that Allstate Insurance Company consents to this removal.

10. This Notice of Removal is filed in accordance with 28 U.S.C. §§ 1441 and 1446.

11. A copy of this Notice of Removal has been filed with the Clerk for the Trimble Circuit Court in the Commonwealth of Kentucky and served upon counsel of record.

Respectfully submitted,

/s/ Michael E. Krauser
Michael E. Krauser
GWIN STEINMETZ & BAIRD
401 W. Main Street, Suite 1000
Louisville, KY  40202
Telephone: (502) 618-5700
Fax: (502) 618-5701
mkrauser@gsblegal.com
*Counsel for Defendants David Fisher and QOHVACS, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 25, 2022, I electronically filed the following with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following and also sent an electronic format to Plaintiff's counsel if not a CM/ECF user to:

| | |
|---|---|
| William S. Wingo | Robert B. Cetrulo |
| Morgan & Morgan, Kentucky PLLC | Cetrulo Law, P.S.C. |
| 420 West Liberty Street, Suite 260 | 130 Dudley Road, Suite 200 |
| Louisville, KY 40202 | Edgewood, KY 41017 |
| wwingo@forthepeople.com | bob@cetrulolaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, Allstate Ins. Co.* |

               /s/ Michael E. Krauser